IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL ACTION NO. 6:07cr31 |
| MICHAEL LLOYD FRANCIS | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Anjourie Austin's Petition of Interested Party, has been presented for consideration. The Report and Recommendation recommends that the Government's Motion to Dismiss Petition of Anjourie Austin (document #41) be granted. No written objections have been filed to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Government's Motion to Dismiss Petition of Anjourie Austin (document #41) is **GRANTED**. The Clerk shall mail a copy of this Order to Anjourie A. Austin, 14502 Fenian Court, Sugarland, TX 77484, via U.S. certified mail, and shall send the Order electronically to Assistant United States Attorney Richard L. Moore.

**So ORDERED and SIGNED this 9th day of January, 2008.**

N:\Criminal\General Criminal\Francis - Order Adopting R&R.wpd

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**